UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:19CR67 RLW |
| JOHNATHON PALMER, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge Nannette A. Baker (ECF No. 66). Defendant Palmer filed a Motion to Suppress Evidence and Statements (ECF No. 47) and the government filed a Response to Defendant's Motion to Suppress Evidence and Statements (ECF No. 51). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Baker, who filed a Report and Recommendation on January 10, 2020. (ECF No. 66). Neither party submitted objections to the Report and Recommendation within the fourteen (14) day time period allowed.

The Magistrate Judge recommends that the Motion of Defendant Palmer to Suppress Evidence and Statements (ECF No. 47) be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendations.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of United States Magistrate (ECF No. 66) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements (ECF No. 47) is **DENIED.**

Dated this 30th day of January, 2020.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE